IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SAMANTHA STRABLE,<br><br>Plaintiff,<br><br>vs.<br><br>RGIS,<br><br>Defendant. | CV-21-127-GF-BMM<br><br>**ORDER** |

Plaintiff filed this action on December 27, 2021. To date, Plaintiff has failed to provide the Court with a return of service on the Defendant. Pursuant to Fed. R. Civ. P. 4(m),which states:

> If a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1), or to service of notice under Rule 71.1(d)(3)(A).

On September 2, 2022, Plaintiff filed a Motion for Extension of Time to File Proof of Service (Doc. 5.) The Court granted said motion and gave the Plaintiff until December 9, 2023 to file proof of service. (Doc. 6.) To date, nothing has been filed. **Accordingly, IT IS HEREBY ORDERED** that on or before January 27, 2023, Plaintiff shall file with

the Court proof of service of summons and complaint on the Defendant, or this case will be dismissed without prejudice.

DATED this 27th day of December 2022.

_____
Brian Morris, Chief District Judge
United States District Court